UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marilyn Hawkins,<br><br>Plaintiff,<br><br>v.<br><br>The Napier Co., et al.,<br><br>Defendants. | Civil No. 00-1664 DDA/FLN<br><br><br><br>ORDER |

---

Theresa Freeman, Esq., for Plaintiffs.
Natalie Wyatt-Brown, Esq., for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on November 13, 2001, on Plaintiff's Motion to Compel Deposition of Lauren Mandel and to Extend Certain Pretrial Dates [#15].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Plaintiff's Motion to Compel Deposition of Lauren Mandel and to Extend Certain Pretrial Dates [#15] is **GRANTED in part** and **DENIED in part**, to the extent Ordered from the Bench at the Hearing as follows:

1. Insofar as the Motion seeks to compel the deposition of Lauren Mandel it is **GRANTED**;

2. To the extent that the Motion seeks to compel Lauren Mandel to produce documents requested in the August 1, 2001 subpoena duces tecum it is **GRANTED**;

3. This deposition must occur on or before December 1, 2001.

4. Insofar as the Motion seeks to extend discovery or other deadlines it is **DENIED**.

FILED 11-21-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

5. In the event evidence is provided during the above scheduled deposition to warrant a Motion to Amend the Complaint, this Court will entertain such motion only if supported by detailed explanation of new information obtained.

DATED: Nov. 21, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500