**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARILYN HAWKINS, Civil No. 00-1664 (DDA/RLE)

Plaintiff,

v. **ORDER**

VICTORIA & CO.,

Defendant.

---

This matter is before the Court upon request of Defendant Victoria & Co. ("Victoria") for a stay of proceedings in the case. By Order dated August 12, 2002, the Court granted Victoria's motion for summary judgment as to all claims of Plaintiff Marilyn Hawkins ("Hawkins") save two failure to promote claims under Title VII. The Court considered those failure to promote claims viable pursuant to the rule of Lockridge v. Bd. of Trs. of the Univ. of Ark., 294 F.3d 1010 (8th Cir.), vacated and reh'g en banc granted, 301 F.3d 958 (8th Cir. 2002), which was decided after the parties briefed and argued Victoria's motion. Victoria requested a stay by letter dated September 6, 2002, after the Eighth Circuit granted rehearing en banc in Lockridge and vacated the panel opinion. Oral argument on rehearing is scheduled for October 9, 2002. Hawkins has not opposed Victoria's request for a stay. For those reasons,

**IT IS HEREBY ORDERED THAT** all proceedings in this case shall be stayed pending issuance of the Eighth Circuit's en banc opinion in Lockridge.

Dated: September 25, 2002

DONALD D. ALSOP, Senior Judge
United States District Court

FILED SEP 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK